No. 77–5807.   ALLEY *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT ET AL.   Motion for leave to file petition for writ of mandamus denied.

No. 77–747.   ALLIED STRUCTURAL STEEL CO. *v.* SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL.   Appeal from D. C. Minn.   Probable jurisdiction noted.

No. 77–453.   EASTEX, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari granted.

No. 77–314.   SWONGER ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 77–405.   LUSTIG *v.* UNITED STATES; and
No. 77–417.   LUSTIG *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: No. 77–405, 555 F. 2d 737; No. 77–417, 555 F. 2d 751.

No. 77–424.   TUCKER ET UX. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 77–448.   NATIONAL AIRLINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 77–495.   SWAROVSKI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 77–589.   CAHALANE ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 77–595.   U. S. INDUSTRIES, INC. *v.* PAGE ET AL.; and
No. 77–838.   PAGE ET AL. *v.* U. S. INDUSTRIES, INC.   C. A. 5th Cir.   Certiorari denied.   Reported below: 556 F. 2d 346.